NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


FRANTZ CHARITE, DOC #Y27435,        )
                                    )
        Appellant,                  )
                                    )
v.                                  )       Case No. 2D18-3296
                                    )
STATE OF FLORIDA,                   )
                                    )
        Appellee.                   )
_____ )

Opinion filed July 24, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Collier County; Joseph G. Foster, Judge.

Frantz Charite, pro se.


PER CURIAM.

        Affirmed.


LaROSE, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.